IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LEIGH A. LEWIS**                                                                                    **PLAINTIFF**

v.                                    No. 2:21-cv-00157-BSM

**HELENA-WEST HELENA SCHOOL DISTRICT,**
**Acting by and through the HELENA-WEST HELENA**
**SCHOOL BOARD OF DIRECTORS; HELENA-**
**WEST HELENA SCHOOL BOARD MEMBERS**
**LOISTYNE BURRELL, SANETTA DAVIS,**
**SANDRA VALLEY BAGLEY, EARNEST SIMPSON, JR.,**
**DANIEL STRICKLAND, JANICE WILLIAMS, and**
**TROY BOBO, individually and in their official capacity**                    **DEFENDANTS**

### MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Comes now Defendants, Helena-West Helena School District, District School Board Members Loistyne Burrell, Sanetta Davis, Sandra Valley Bagley, Earnest Simpson, Jr., Daniel Strickland, Janice Williams, and Troy Bobo, individually and in their official capacities, (collectively "District" or "District Defendants") by their attorneys, Bequette, Billingsley & Kees, P.A., and their Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6), or in the Alternative, Motion for Summary Judgment pursuant to Fed. R. Civ. P. 12(b)(6), allege and state:

1. This is an employment discrimination case. Plaintiff was hired by the District in January 2003 as an accounts payable/bookkeeper. Plaintiff was placed on administrative leave with pay on November 2, 2020 and was recommended for termination.

2. In lieu of termination, Plaintiff entered into a binding settlement agreement with the District on February 5, 2021, where she "release[d] the HWHSD as to any further obligations, claims and/or causes of actions, except as set forth herein, in relation to her employment by the HWHSD."

3. Pursuant to the settlement agreement, which is legally binding, Plaintiff has released the District from all causes of action related to her employment, and all claims in this

present case arise from her employment with the District, and must be dismissed as a matter of law.

4. Plaintiff has failed to state a claim upon which relief may be granted. Alternatively, there are no genuine issues of material fact in this matter. Under controlling law, Defendants are entitled to dismissal.

5. In support of this Motion, Defendants rely upon the accompanying Memorandum Brief in Support and Statement of Undisputed Material Facts, and upon the entire record in this action.

6. The following exhibits are attached hereto and incorporated herein by reference:

Exhibit 1 – Plaintiff's EEOC Charge

Exhibit 2—Settlement Agreement

Exhibit 3—Notice of Termination Letter

Exhibit 4—Resignation Letter

WHEREFORE, Defendants, Helena-West Helena School District, District School Board Members Loistyne Burrell, Sanetta Davis, Sandra Valley Bagley, Earnest Simpson, Jr., Daniel Strickland, Janice Williams, and Troy Bobo, pray that their Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, be granted; for Defendants' attorneys' fees and costs incurred herein; and for all other appropriate relief to which Defendants may be entitled.

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com

By: **W. Cody Kees**
    Jay Bequette, Ark. Bar No. 87012
    W. Cody Kees, Ark. Bar No. 2012118

And

BEAVERS & CLINE.
P.O. Box 924
Forrest City, Arkansas 72336
Phone: (870) 633-3141
Fax: (870) 633-3594
Email: brbeavers@sbcglobal.net

By: **/s/ Brad Beavers**
    Brad Beavers # 81012

*Attorneys for Defendants*