IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LEIGH A LEWIS**                                                                          **PLAINTIFF**

v.                           **CASE NO. 2:21-CV-00157-BSM**

**HELENA WEST HELENA
SCHOOL DISTRICT,** *et al.*                                                       **DEFENDANTS**

## NOTICE

Leigh Lewis's April 20, 2023 email has been filed as a motion to dismiss her claims without prejudice. *See* Doc. No. 24. The motion will be granted and all of Lewis's claims will be dismissed unless any party objects within twenty-one days. A copy of the motion [Doc. No. 24] and this notice will be emailed to Lewis.

IT IS SO ORDERED this 24th day of April, 2023.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE