IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LEIGH A LEWIS**                                                                                        **PLAINTIFF**

v.                            CASE NO. 2:21-CV-00157-BSM

**HELENA WEST HELENA
SCHOOL DISTRICT,** *et al.*                                                                  **DEFENDANTS**

## ORDER

The parties were granted twenty-one days to object to Leigh Lewis's motion to dismiss [Doc. No. 24], and no objections have been filed. *See* Doc. No. 25. Accordingly, Lewis's complaint [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 17th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE