IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LEIGH A LEWIS**                                                                     **PLAINTIFF**

v.                  **CASE NO. 2:21-CV-00157-BSM**

**HELENA WEST HELENA**
**SCHOOL DISTRICT,** *et al.*                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice,

IT IS SO ORDERED this 17th day of May, 2023.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE